UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

LOMBARDO DIAZ-RAMON,

    Plaintiff,

v.                                    Case No:   2:15-cv-146-FtM-38CM

HOUSTON INTERNATIONAL
INSURANCE GROUP, INC.,

    Defendant.

## ORDER

This matter comes before the Court upon review of Joint Motion to Extend Discovery and Pretrial Deadlines (Doc. 21) filed on October 8, 2015. The parties represent that they have been diligent in the prosecution and defense of this action; however, due to various scheduling conflicts, the depositions to be conducted needed to be rescheduled multiple times. Additionally, Defendant is in the process of obtaining records from numerous recently-discovered providers and anticipates the need to obtain additional records. The parties now move to extend the deadlines for discovery, all dispositive motions, disclosure of expert reports, and mediation.

This case was designated a "Track Two" case by the Court's Order dated March 13, 2015 (Doc. 6).   Middle District of Florida Local Rule 3.05 explains that "[i]t is the goal of the court that a trial will be conducted in all Track Two cases within two years after the filing of the complaint, and that most such cases will be tried within one year."   M.D. Fla. R. 3.05(c)(2)(E).   The Court notes that the Complaint in this matter was filed on March 9, 2015 (Doc. 2). The Court finds good cause to grant the Motion.

Extension of the requested deadlines will necessitate extending all remaining case management deadlines. The operative Case Management and Scheduling Order states that the Court *requires* that the deadline for filing dispositive, *Daubert* and *Markman* motions occur four (4) months or more before the trial term begins. Doc. 18 at 4. The dispositive motions deadline currently is October 30, 2015, and this case is set for the trial term beginning February 1, 2016. Doc. 18 at 2. Extending the dispositive motions deadline by any length of time no longer leaves the required four months between the deadline and the beginning of the trial term. The Court therefore will extend all remaining case management deadlines.

ACCORDINGLY, it is hereby

**ORDERED:**

Joint Motion to Extend Discovery and Pretrial Deadlines (Doc. 21) is **GRANTED**. An amended case management and scheduling order will be entered under separate cover.

**DONE** and **ORDERED** in Fort Myers, Florida on this 21st day of October, 2015.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record